UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHERINE KINSEY, et al.,<br><br>    Defendant.<br>_____ | ) NO. CV 16-7751-ODW (AGR)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>)<br>)<br>) |

Pursuant to 28 U.S.C. 636, the Court has reviewed the complaint, records on file, the Report and Recommendation of the United States Magistrate Judge, and Plaintiff's Objections. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

Plaintiffs appeal from her criminal conviction for making criminal threats remains pending in the California Court of Appeal in Case No. B269163.

When a judgment in favor of the plaintiff would necessarily imply the invalidity of [her] conviction or sentence, the complaint must be dismissed unless the plaintiff can demonstrate that the conviction or sentence has already been invalidated. Heck v. Humphrey, 512 U.S. 477, 487 (1994). Plaintiffs objections

1  seek to hold the prosecutors, probation officers, court reporter and others at her
2  criminal trial accountable for various violations.  Because a decision in her favor
3  would necessarily imply the invalidity of her criminal conviction and sentence,
4  Plaintiffs claims are barred by Heck unless and until her conviction is overturned.

5  On November 18, 2016, Plaintiff filed a document entitled Requesting to
6  add Judge Lisa B. Lench, DA Jackie Lacey and Janice Fukai to Complaint.  (Dkt.
7  No. 23.)  Judge Lench was the trial judge in Plaintiffs criminal case.  Jackie Lacey
8  is the Los Angeles County District Attorney and Janice Fukai is the Los Angeles
9  County Alternate Public Defender.  In summary, Plaintiff argues that [t]hese
10 women help frame me because they did not like the way I talk to them by having
11 court reporters alter transcripts, giving fraudulent and misleading evidence to jury,
12 and falsifying documents.  (Request at 2.)

13 On December 7, 2016, Plaintiff filed a document entitled Request to add
14 Commissioner Kristi Lousteau and District Attorney Casey Jarvis to Complaint.
15 She argues that Commissioner Lousteau, Jarvis and Alternative Public Defender
16 Costanza conspired to rig the preliminary hearing and frame her.

17 A decision in Plaintiff's favor against the these proposed defendants would
18 necessarily imply the invalidity of her criminal conviction and sentence.
19 Therefore, Plaintiff's request to amend her complaint to add these defendants
20 would be futile absent invalidation of her conviction.

21 Plaintiffs remaining objections are without merit.

22 IT IS ORDERED that (1) the complaint against Defendant Kinsey is
23 dismissed without leave to amend based on immunity; (2) the complaint against
24 all remaining Defendants is dismissed without prejudice based on Heck v.

1  Humphrey, 512 U.S. 477 (1994); and (3) Plaintiff's request to add Judge Lench,
2  District Attorney Lacey, Alternate Public Defender Fukai, Commissioner Lousteau
3  and Casey Jarvis to the complaint is DENIED.  It is further ordered that Judgment
4  be entered against Plaintiff.

6  DATED:  _December 12, 2016                    _____
7                                                         OTIS D. WRIGHT, II
                                                       United States District Judge