UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN HALL,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHERINE KINSEY, et al.,<br><br>    Defendant. | NO. CV 16-7751-ODW (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that Judgment be entered against Plaintiff.

DATED:  December 12, 2016

                                    OTIS D. WRIGHT, II
                                United States District Judge